## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | |
| Plaintiff, | Civil Action No. 1:19-cv-02263-RGA |
| v. | |
| **PARAMOUNT PICTURES CORPORATION,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations LLC, by and through the undersigned counsel, and hereby voluntarily dismisses all of the claims asserted against Defendant Paramount Pictures Corporation in the within action **with prejudice**. This notice of dismissal pursuant to Civ. R. 41(a)(1) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Dated:  December 27, 2019

STAMOULIS & WEINBLATT LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

SO ORDERED this _____ day of December, 2019

_____
United States District Court Judge